UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED FITZGERALD HOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSEN, et al.,<br><br>    Defendants. | Case No.  2:23-cv-1980-KJM-JDP (P)<br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed March 4, 2025, are adopted in full;

    2.  Defendant's motion to dismiss, ECF No. 26, is DENIED;

1

3. Plaintiff's motion for a temporary restraining order, ECF No. 34, is DENIED; and

4. This matter is referred back to the assigned magistrate judge for all further pretrial matters.

DATED: March 27, 2025.

UNITED STATES DISTRICT JUDGE

2