**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Washington N. Gwarada, SBN 340316
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
wgwarada@porterscott.com

Attorneys for Defendants, MICHAEL ANDERSON, CASEY MARA AND JOSEPH PATTON
*Exempt from filing fee pursuant to Government Code section 6103*

### IN THE UNITED STATES OF DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED FITZGERALD HOOD, | Case No.: 2:23-cv-1980-KJM JDP (PC) |
| Plaintiff, | **EX PARTE APPLICATION FOR AN ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| vs. | |
| MICHAEL ANDERSON, CASEY MARA, JOSEPH PATTON, | |
| Defendants. | Complaint Filed: 4/15/2024 |
| _____ / | |

Defendants MICHAEL ANDERSON, CASEY MARA, and JOSEPH PATTON hereby submit the following Ex Parte Application for an Order Extending Time pursuant to Local Rule 144(c) and Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 6(b)(1)(A) in which to serve an answer, motion or other response to the Second Amended Complaint of Plaintiff until April 18, 2025.

The undersigned counsel has no way of reaching Plaintiff to request an extension of time necessitating this Ex Parte application. Defendants' counsel is on vacation through April 11, 2025, and thus submits there is good cause for this extension of time given counsel's vacation and the tight timeframe

*{02853679.DOCX}*

---

1
EX PARTE APPLICATION FOR AN ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

from when the Court adopted the findings and recommendations denying Defendants' Motion to Dismiss to the date of the deadline to file the Answer.

Dated:  April 11, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By:  /s/ *William E. Camy*
William E. Camy
Washington N. Gwarada
Attorney for Defendants

### [PROPOSED] ORDER

GOOD CAUSE appearing, the Court hereby grants an extension of time for Defendants to respond to the Second Amended Complaint to April 18, 2025.  Defendants' motion for an extension of time, ECF No. 37, is GRANTED and the answer at ECF No. 38 is timely.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   April 18, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE