UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED FITZGERALD HOOD.,

        Plaintiff,

      v.

ROSEN, et al.,

        Defendants.

Case No.  2:23-cv-1980-KJM-JDP

ORDER

This action arises from three subpoenas that defendants Mara and Patton, two police officers, issued to Placer County Jail, Wellpath, and South Placer County Jail seeking jail and medical records relating to plaintiff Alfred Fitzgerald Hood.  Plaintiff seeks to quash all three subpoenas.  After review of the arguments of the parties, I will deny the motion to quash.

**Background**

Plaintiff is a former prisoner who was being detained at the Sierra Conservation Center at the time he initiated this action.  ECF No. 1.  The operative complaint alleges that defendants caused him injury when they first arrested him in 2020.  ECF No. 17 at 3.

Plaintiff claims that he was sleeping in his car in the driveway of someone's private property when he was awakened by Patton sitting in the passenger seat of the car and holding a gun at his chest while threatening him.  *Id*. at 3-4.  Plaintiff alleges that Mara punched him in the face, ripped his shirt, aggressively pulled him out of the car, and slammed him to the ground

1

while Patton made racist comments towards him.  *Id*. at 4.  He claims that the officers charged him for resisting arrest and never checked whether he required medical attention.  *Id*.  Plaintiff further alleges that his acquittal on both charges of resisting arrest and possession of a gun demonstrates that defendants' actions were intentional and premeditated.  *Id*. at 5.  Plaintiff alleges two Fourteenth Amendment claims for illegal search and seizure and false allegations.  *Id*. at 3 & 5.

On October 14, 2025, I granted defendants' ex parte application to continue the deadline to complete discovery to January 30, 2026, and the deadline to file a motion for summary judgment to April 30, 2026.  ECF No. 46 at 3.  Plaintiff now moves to quash the subpoenas defendants issued on November 17, 2025.  ECF No. 50.

**Discussion**

Plaintiff argues that defendants issued subpoenas for his medical and jail records to Placer Couty Jail, Wellpath (Franklin, TN), and South Placer County Jail on November 17, 2025.  ECF No. 50 at 2.  Plaintiff's primary argument is that defendants' subpoenas should be quashed because they were issued outside of the deadline for discovery set by the court, which was August 22, 2025, and as such are untimely.  *Id*. at 1-2.  This argument relies on plaintiff's assertion that the court had not yet ruled on plaintiff's objection to defendants' ex parte application for an extension of the discovery deadline.  *Id*.  Defendants argue that the motion is without merit because the court already granted their motion to extend the discovery deadline and their subpoenas are timely.  ECF No. 51 at 2.

I find that the motion is without merit because the subpoenas were filed prior to the operative discovery deadline.  Defendants' ex parte application to continue the discovery deadline was filed on September 26, 2025, and was granted by the court on October 14, 2025.  ECF Nos. 45& 46.  Plaintiff's opposition was filed on October 22, 2025, 26 days after the motion was originally filed.  ECF No. 47.  Plaintiff's opposition was untimely and, thus, I construed it as a non-opposition to the motion.  *See* E.D. Cal. R. 230(c) ("A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion.").  As such, defendants' subpoenas are timely.

2

Accordingly, it is hereby ORDERED that plaintiff's' motion to quash, ECF No. 50, is DENIED.

IT IS SO ORDERED.


Dated:    January 13, 2026                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3