UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED FITZGERAL HOOD, | Case No.  2:23-cv-1980-DJC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| ANDERSON, *et al.*, | |
| Defendants. | |

Pending are two motions to compel, one filed by defendants and another filed by plaintiff. ECF Nos. 53 & 59.  For the reasons stated hereafter, defendants' motion will be granted in part and plaintiff's will be denied.

### Defendants' Motion to Compel

Defendants seek to compel plaintiff to sit for his deposition.  They previously noticed his deposition for January 5, 2026, but plaintiff failed to appear, erroneously claiming that the discovery deadline had expired.  ECF No. 53-1 at 5-6.  The discovery deadline in this case, however, was extended to January 30, 2026, and, thus, defendants' deposition date was timely. ECF No. 46.  In his opposition to the motion to compel, plaintiff persists in arguing, incorrectly, that defendants' deposition was untimely.  ECF No. 57 at 1-2.

I will, as defendants request, extend the discovery deadline by ninety days.  If plaintiff

1

fails to sit for a deposition rescheduled within that period, I will recommend that this action be dismissed. I will, for now, deny defendants' request to recover the costs associated with the missed deposition from plaintiff. Plaintiff is proceeding *in forma pauperis* and almost certainly cannot tender the thirty-eight hundred dollars that defendants seek. ECF No. 53-1 at 5. This is a valid reason to deny an award of costs. *See Save Our Valley v. Sound Transit*, 335 F.3d 932, 945 (9th Cir. 2003) (noting that a party's limited financial resources may weigh in favor of refusal to award costs). I reemphasize, however, that if plaintiff fails to sit for his rescheduled deposition, I will recommend terminating sanctions.

Plaintiff's Motion to Compel

Plaintiff's motion to compel is wholly inadequate, insofar as it does not specifically state what discovery items are at issue. He argues that defendants have failed to timely respond to his discovery requests, and the discovery responses he has received are deficient or evasive. ECF No. 59 at 1-2. The failure to identify what specific discovery requests are at issue dooms his motion to compel. It is denied.

Accordingly, it is ORDERED that:

1. Defendants' motion to compel, ECF No. 53, is GRANTED in part. The discovery deadline is extended ninety days from the date of this order's entry. During that time, plaintiff must sit for any deposition that defendants reschedule. The dispositive motions deadline is extended one-hundred and eighty days from the date of this order's entry. Defendants' request for costs is denied.

2. Plaintiff's motion to compel, ECF No. 59, is DENIED.

IT IS SO ORDERED.

Dated:    March 16, 2026                                    _____
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE