UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED FITZGERALD HOOD,

Plaintiff,

v.

ANDERSON, *et al.*,

Defendants.

Case No. 2:23-cv-1980-DJC-JDP (P)

ORDER

Plaintiff, proceeding *pro se*, brought this action alleging that defendants violated his rights by using excessive force against him and carrying out an illegal search of his vehicle. He has filed a motion to compel, ECF No. 68, wherein he argues that defendants have not complied with their discovery obligations, but does not specify what discovery requests are outstanding. Neither does he argue that specific, submitted responses are in some way deficient. Accordingly, there is nothing to compel, and the motion is denied.

In their opposition, defendants request their costs incurred in responding to the motion to compel. ECF No. 69 at 4-5. As I noted in my previous order, plaintiff is proceeding *in forma pauperis* and an award of costs would likely be an excessive financial burden and, therefore, unjust. *See Hatcher v. Junes*, No. 2:19-cv-0793 AC P. 2022 U.S. Dist. LEXIS 77894, *4 (E.D. Cal. Apr. 28, 2022) ("In this case the court concludes that a levy of costs on plaintiff, who is indigent, would place an excessive financial burden on her and is unlikely to be paid, and for

these reasons would be unjust.”). Plaintiff is advised, however, that, if he files another similarly frivolous motion to compel, I will award defendants their costs in opposing it.

Accordingly, it is ORDERED that:

1. Plaintiff's motion to compel, ECF No. 68, is DENIED.

2. I decline to award defendants their costs in opposing the motion.

IT IS SO ORDERED.

Dated: September 15, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE